UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-00020 |
| | ) | CHIEF JUDGE HAYNES |
| SAMUEL COPELAND | ) | |

## ORDER

The parties having appeared before the Court on December 2, 2013, on a hearing to determine whether the defendant's supervised release should be revoked, and the government having moved to dismiss said petition based on its assessment of the underlying allegation in consultation with the U.S. Probation Office, the Court hereby GRANTS the motion and ORDERS that the pending petition in this matter be dismissed and that the defendant be continued on supervision on the same terms and conditions.

Entered this _3rd_ day of December, 2013.

_____
WILLIAM J. HAYNES, JR.
CHIEF U.S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

s/ Philip H. Wehby

_____
PHILIP H. WEHBY
Assistant United States Attorney

s/ C. Douglas Thoresen

_____
C. DOUGLAS THORESEN
Attorney for the Defendant